**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Micheal Todd Wray v. Richard Picard

Appellate case number:   01-19-00188-CV

Trial court case number: 18-CV-0640

Trial court:             10th District Court of Galveston County

    The motion for en banc reconsideration is denied.

    It is so ORDERED.

Judge's signature:  /s/  Evelyn V. Keyes
           ☐ Acting individually    ☑ Acting for the Court

Panel consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, Countiss, and Adams.

Date:  December 15, 2020